USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN REYES,

                Defendant.

21-cr-570 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that a change of plea hearing will be held with respect to Defendant Juan Reyes on May 16, 2023 at 11:00 AM.

**SO ORDERED.**

**Date:** May 5, 2023
      New York, NY

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**