```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN REYES,

                        Defendant.

21-cr-570 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The sentencing of Defendant Juan Reyes previously scheduled for August 29, 2023 at 2:00 PM is ADJOURNED to September 12, 2023 at 11:00 AM.

**SO ORDERED.**

**Date:  July 21, 2023**
         **New York, NY**

                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**