```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN REYES,

                            Defendant.

21-cr-570 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The sentencing of Defendant Juan Reyes previously scheduled for September 12, 2023 at 11:00 AM is ADJOURNED to October 30, 2023 at 11:00 AM.

**SO ORDERED.**

**Date: August 16, 2023**
       **New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**