```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

XAVIER ARAU, HENRY JONES, CASSIUS MILLER, ELIJAH PERKINS, JAMIE WILKINS, DAIVON MORGAN, ROBERTO ESPINOSA, AMIER WILSON, DAVION TRUSTY, and JUAN REYES

Defendants.

1:21-cr-00570-MKV

**ADJOURNMENT ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the sentencing of Defendant Juan Reyes, previously scheduled for October 30, 2023, is adjourned to December 8, 2023 at 10:00 AM. Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

Date: **November 1, 2023**
   **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**